J. H. HINSON et als. v. MILLIE HINSON et al.

*Action for Waste—Tenants in Common—Waste.*

Under Section 627 of *The Code,* one tenant in common may sue his co-tenant for waste.

ACTION by plaintiffs as tenants in common against their co-tenants and life tenant for waste, heard before *Norwood, J.,* at Spring Term, 1897, of STANLY Superior Court. Upon an intimation by the court that plaintiffs could not maintain the action, they suffered a non-suit and appealed.

*Messrs. Adams & Jerome,* for plaintiffs (appellants).
*Mr. S. J. Pemberton,* for defendants.

FAIRCLOTH, C. J.: The plaintiffs and defendants are tenants in common of the *locus in quo,* except the defendant, Millie, who has a life estate, as doweress, in the same. The action is for waste committed by the defendants. It is agreed that defendants have cut down trees for cross ties and hauled them off the land. His Honor was of opinion that plaintiffs, being co-tenants with defendants, could not recover in this action, and that their remedy was by account. However this may have been at common law, our Statute expressly authorizes this action in a case like the present. *The Code,* Section 627.

Error.